All right, our next case is North Jersey Brain and Spine Center versus Aetna, number 14-2101 and American Chiropractic Association versus American Specialty Health Incorporated, number 14-832. I'm sorry, 1832. All right.